UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID WATLINGTON,** | : | |
| | : | |
| Plaintiff | : | No. 1:15-CV-02120 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **J. REIGEL, et al.,** | : | |
| | : | |
| Defendants | : | |

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Watlington's motion to proceed in forma pauperis (Doc. 2) is construed as a motion to proceed without full prepayment of the filing fee and is **GRANTED**.

2. Watlington's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint within twenty (20) days of the date hereof.

3. If Watlington fails to file an amended complaint within twenty (20) days of the date hereof, the Clerk shall **CLOSE** this case without further order of court.

S/ Yvette Kane
Yvette Kane
United States District Judge

Date: May 18, 2016