UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID WATLINGTON,** | : | |
| Plaintiff | : | No. 1:15-CV-02120 |
| vs. | : | (Judge Kane) |
| **J. REIGEL, et al.,** | : | |
| Defendants | : | |

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Watlington's amended complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) without further leave to file an amended complaint.

2. The Clerk of Court shall CLOSE this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                         S/ Yvette Kane
                                         Yvette Kane
                                         United States District Judge

Date: July 15, 2016